COMMONWEALTH of Pennsylvania,
Respondent

v.

Tyrese FORD, Petitioner

No. 157 EAL 2017

Supreme Court of Pennsylvania.

October 12, 2017

## ORDER

PER CURIAM

AND NOW, this 12th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Donald LOHR, Petitioner

No. 278 WAL 2017

Supreme Court of Pennsylvania.

October 12, 2017

## ORDER

PER CURIAM

AND NOW, this 12th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.